UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMONA RIGNEY,

        Petitioner,

    v.

ISRAEL JACQUEZ, *et al.*,

        Respondents.

Case No. C19-548-RSL

ORDER OF DISMISSAL

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's federal habeas petition (Dkt. # 4) is DENIED, and this action is DISMISSED with prejudice.

Dated this 30th day of July, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1